in Count 2, his guideline range was calculated based on the higher offense level for his firearm offense in Count 10 under the grouping rules. In accordance with that guideline range, the district court sentenced Wilson on Count 2 to a term of imprisonment of 138 months, which is within the guideline range. Had Amendment 782 applied to Wilson, it would have lowered the offense level for his drug offense, and the firearm offense would still have been the more serious of the counts and would have controlled, resulting in the same guideline range.

Amendment 782 thus did not lower Wilson's guideline range, and the district court did not err in denying Wilson's motion for reduction of sentence.

**AFFIRMED.**

Before WILSON, JORDAN, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Cindy W. Powell, appointed counsel for Jason B. Thomas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thomas's conviction and sentence are **AFFIRMED**.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jason Bradley THOMAS, Defendant–Appellant.**

**No. 15–14449**
**Non–Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 10/04/2016

Adam W. Overstreet, Kenyen Ray Brown, Michele Carstens O'Brien, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joshua Anthony CHINNI, a.k.a. Alamin Mohammad Jafar, a.k.a. Al Amin, Defendant–Appellant.**

**No. 16–10184**
**Non–Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 10/04/2016

Yvette Rhodes, Arthur Lee Bentley, III, Patricia A. Willing, U.S. Attorney's Office, Tampa, FL, Shawn P. Napier, U.S. Attor-